UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | Case No. 19-30658 |
|---|---|
| TIMOTHY DALE COLLINS, | Chapter 7 |
| Debtor. | |

TRUSTEE'S MOTION FOR APPROVAL OF CARVE-OUT AGREEMENT

COMES NOW the Chapter 7 Trustee, A. Burton Shuford, and moves this Court as follows:

1.  Timothy Dale Collins (the "Debtor"), filed a petition with this Court under Chapter 7 of the Bankruptcy Code on May 16, 2019 thereby creating a bankruptcy estate (the "Estate").

2.  A. Burton Shuford is the duly appointed and acting trustee of the Estate (the "Trustee").

3.  Among the assets of the Estate is the following parcel of real property (the "Real Property").

    - 2640 Shenandoah Avenue, Charlotte, NC ("Shenandoah"):
        - Listing price of Real Estate per Broker's opinion: $300,000.00;
        - Exemption Claimed by Debtor in Schedule C: $30,000.00[1];
        - Approximate amount of Mortgage liens:
            - First Mortgage in favor of Quicken Loans, Inc.: $178,981.00;
            - Second Mortgage: -None.

4.  The records of the Clerk of the Superior Court for Mecklenburg County indicate that the Real Property is also subject to the judgment lien of FM Capital, LLC ("FMC") in the principal amount of $3,083,150.42 entered in the case of FM Capital, LLC v. Timothy D. Collins, et al, Case No. 18-CVS-2356 (the "Judgment").

5.  Based upon the estimated market value of the Real Property; the mortgage liens against the Real Property; the Judgment and other encumbrances against the Real Property exceed the market value of the Real Property.

6.  The Handbook for Chapter 7 Trustees published by the Executive Office of the United States Trustee, states on pages 4 – 14 under Section 9 "Sales of Assets" (a) General Standards "A trustee may sell assets only if the sale will result in a meaningful distribution to creditors." The Section further states "the trustee may seek a "carve-out" from a secured creditor and sell the property at issue if the "carve-out" will result in a meaningful distribution to creditors.

---

[1] The Trustee has questioned the Debtor's entitlement to this exemption and may object to the same.

Further, the Section states "The trustee must also consider whether the cost of administration or tax consequences of any sale would significantly erode or exhaust the estate's equity interest in the asset."

      7.    The Trustee has entered into negotiations with FMC and reached an agreement as follows:

    a. FMC agrees that the Estate may market the Real Property for sale and will not object to any proposed sale on the grounds that the price at which the Real Property is to be sold is less than the aggregate value of the liens against the Real Property, 11 U.S.C. §363 (f) (3), although FMC may object to a proposed sale on any other basis;

    b. FMC agrees that the Trustee may pay the following expenses and costs of sale for the gross sales proceeds of the Real Property; Commercial Insurance Policy insuring the Real Property (not including the cost of general liability coverage); real estate commission; pro-rated real estate taxes; revenue stamps; valid liens against the Real Property that have priority over the lien of FMC; any capital gains taxes owed by the Estate (collectively the "Sale Expenses") and the "Net Sale Proceeds" shall equal the Gross Sales Proceeds of the Real Property less the Sale Expenses; and,

    c. The Net Sale Proceeds shall be divided between FMC and the Estate such that FMC shall receive 75% of the Net Sale Proceeds and the Estate shall receive a carve-out of 25% of the Net Sale Proceeds of the Real Property for the benefit of the administrative costs of the Estate and the unsecured creditors of the Estate, which will result in a meaningful distribution to the creditors.

WHEREFORE, the Trustee prays that this Court approve the above agreement between the Trustee and FMC.; and for such other and further relief as the Court determines is appropriate.

This 2nd day of August, 2019.

        /s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Direct Dial: (980) 321-7000; bshuford@abshuford.com
Attorney for the Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | |
|---|---|
| TIMOTHY DALE COLLINS, | Case No. 19-30658<br>Chapter 7 |
| Debtor. | |

### NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF CARVE-OUT AGREEMENT AND NOTICE OF HEARING

A. Burton Shuford, Trustee, through his attorney, has filed papers with the Court as described above. A copy of this Motion is attached to this Notice. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

A hearing will be held to consider this Motion on **August 26, 2019 at 9:30 AM** at the United States Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given.

**All interested parties may attend and be heard. If you do not oppose the Motion you do not have to attend.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

This 2nd day of August, 2019.

/s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Direct Dial: (980) 321-7000; bshuford@abshuford.com
Attorney for the Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE:<br><br>TIMOTHY DALE COLLINS,<br><br>Debtor. | Case No. 19-30658<br>Chapter 7 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of by depositing copies of *TRUSTEE'S MOTION FOR APPROVAL OF CARVE-OUT AGREEMENT* and *NOTICE OF HEARING* by either Electronic Case Filing as indicated below or in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the parties listed on the attached Exhibit "A".

Shelley K. Abel, US Bankruptcy Administrator          VIA ELECTRONIC CASE FILING

Marcus D. Crow, Counsel for Debtor                    VIA ELECTRONIC CASE FILING

Timothy Dale Collins                Jeffrey A. Long, Esq.
2633 Shenandoah Avenue              Bray & Long, PLLC
Charlotte, NC 28205                 Tranquil Court
                                    2820 Selwyn Avenue, Suite 400
                                    Charlotte, North Carolina  28209

This 2nd day of August, 2019.

    /s/ A. Burton Shuford
A. Burton Shuford, NCBN 10035
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
Direct Dial:  (980) 321-7000; bshuford@abshuford.com
Attorney for the Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 19-30658<br>Western District of North Carolina<br>Charlotte<br>Thu Aug  1 15:49:30 EDT 2019 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 | ADT Bankruptcy Specialist<br>3190 South Vaughn Way<br>Aurora, CO 80014-3512 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Atrium Healthcare System<br>P.O. Box 32861<br>Charlotte, NC 28232-2861 | Auto Trakk<br>1500 Sycamore Road, Suite 200<br>Montoursville, PA 17754-9416 |
| AutoZone, Inc.<br>c/o Altus GTS, Inc.<br>2400 Veterans Memorial Blvd, Ste.300<br>Kenner, LA 70062-8725 | Barclaycard<br>PO Box 8802<br>Wilmington, DE 19899-8802 | Blancato, Doughton & Hart, PLLC<br>Attn:  Amy L. Bossio, Esq.<br>633 West Fourth Street, Suite 150<br>Winston-Salem, NC 27101-2756 |
| Broad and Cassel<br>100 North Tampa St., Suite 3500<br>Tampa, FL 33602-5869 | Citi Card<br>Bankruptcy Department<br>P.O. Box 6062<br>Sioux Falls, SD 57117-6062 | Citi Card<br>Bankruptcy Department<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Coastal Credit, LLC<br>3268 Progress Way, Bldg. 12<br>MSC-5200<br>Wilmington, OH  45177-7700 | Consumer Portfolio Services<br>19500 Jamboree Road, Suite 500<br>Irvine, CA 92612-2437 | Consumer Portfolio Services<br>PO Box 57071<br>Irvine, CA 92619-7071 |
| Dealer Marketing Services/ProMax<br>c/o McCarthy, Burgess & Wolff<br>26000 CAnnon Road<br>Cleveland, OH 44146-1807 | Discover Bank<br>Discover Product Inc<br>PO BOX 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Equifax Credit Inf. Serv., Inc<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian, Inc.<br>P. O. Box 9701<br>Allen, TX 75013-9701 | FM Capital, LLC<br>6805 Fairview Road<br>Charlotte, NC 28210-3342 |
| FM Capital, LLC<br>Bray & Long, PLLC<br>Attn:  Jeffrey A. Long, Esq.<br>2820 Selwyn Ave., Suite 400<br>Charlotte, NC 28209-2762 | GC Services<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081-1108 | Gibraltar Capital Advance, LLC<br>c/o Robbins, Salomon & Patt, LTD.<br>180 N. LaSalle Street, Suite 3300<br>Chicago, IL 60601-2808 |
| Great American Bond Company<br>301 East 4th Street<br>Cincinnati, OH 45202-4278 | Headway Capital, LLC<br>175 W. Jackson Blvd., Suite 1000<br>Chicago, IL 60604-2863 | Hutchens Law Firm<br>PO Box 1028<br>Fayetteville, NC 28302-1028 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Key Bank<br>4910 Tiedeman Road<br>Mailcode: OH-01-51-0562<br>Brooklyn, OH 44144-2338 |

| | | |
|---|---|---|
| Key Bank National Association<br>PO Box 94968<br>Cleveland, OH 44101-4968 | Law Office of Joelle Schultz, PLLC<br>5901 Sun Boulevard, Suite 207<br>St. Petersburg, FL 33715-1166 | LoanMe<br>PO Box 5645<br>Orange, CA 92863-5645 |
| Michael G. Gibson, Esq.<br>1320 City Center Drive, Suite 100<br>Carmel, IN 46032-3816 | Michael O'Brien<br>936 Baron Road<br>Waxhaw, NC 28173-8360 | Michael T. O'Brien<br>936 Baron Road<br>Waxhaw, NC 28173-8360 |
| Michael T. O'Brien<br>Burt & Cordes, PLLC<br>122 Cherokee Road, Suite 1<br>Charlotte, NC 28207-1962 | Mid-Atlantic Finance Company, Inc.<br>4592 Ulmerton Road, Suite 200<br>Clearwater, FL 33762-4107 | Mid-Atlantic Finance Company, Inc.<br>c/o Law Office of Joelle Schultz, PLLC<br>13555 Automobile Boulevard, Suite 300<br>Clearwater, FL 33762-3837 |
| Midnight Advance Capital, LLC<br>30 Broad Street<br>14th Floor, Suite 14108<br>New York, NY 10004-2304 | Mitchell, Rallings & Tissue, PLLC<br>c/o James L. Fretwell, Esq.<br>1800 Carillon<br>227 West Trade Street<br>Charlotte, NC 28202-1675 | NC Dept. of Revenue<br>Bankruptcy Unit, Dept of Revenue<br>PO Box 1168<br>Raleigh, NC 27602-1168 |
| Nextgear Capital, Inc.<br>1320 City Center Drive, Suite 100<br>Carmel, IN 46032-3816 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | PMAB, Inc.<br>P. O. Box 12150<br>Charlotte, NC 28220-2150 |
| Peninsula Yacht Club<br>18501 Harbor Light Boulevard<br>Cornelius, NC 28031-7628 | ProMax Unlimited<br>2900 AAA Court<br>Bettendorf, IA 52722-3407 | Prosper Marketplace, Inc.<br>221 Main Street, Suite 300<br>San Francisco, CA 94105-1909 |
| Quicken Loans<br>Bankruptcy Department<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Regions Bank<br>Bankruptcy Department<br>PO Box 11007<br>Birmingham, AL 35288-0001 | Richard T. Avis, Attorney & Assoc., LLC<br>PO Box 31579<br>Chicago, IL 60631-0579 |
| Shapiro & Ingle, L.L.P.<br>10130 Perimeter Parkway, Ste 400<br>Charlotte, NC 28216-0034 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | U.S. Bankruptcy Administrator Office<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1673 |
| United Auto Credit Corp.<br>PO Box 277536<br>Sacramento, CA 95827-7536 | United Auto Credit Corporation<br>Attn: Michael S. Schulze, Esq.<br>1071 Bamelback St., Suite 100<br>Newport Beach, CA 92660-3046 | Urgent Care/Ballantyne<br>PO Box 70826<br>Charlotte, NC 28272-0826 |
| Wellen Capital<br>f/d/b/a Gibraltar Capital Advance<br>600 W Jackson Blvd Suite 750<br>Chicago, IL 60661-5683 | Wells Fargo Bank<br>National Recovery Center<br>PO Box 25341<br>Santa Ana, CA 92799-5341 | Wells Fargo Bank<br>PO Box 31557<br>Billings, MT 59107-1557 |

| | | |
|---|---|---|
| Wells Fargo Dealer Services<br>Attn: Correspond MAC T9017-026<br>P.O. Box 168048<br>Irving, TX 75016-8048 | Wells Fargo Dealer Services<br>PO Box 10700<br>Raleigh, NC 27605 | Wells Fargo Home Mortgage, Inc.<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wise F&I, LLC/ GAPWise<br>1670 Fenpark Drive<br>Fenton, MO 63026-2918 | Yellowstone Capital LLC<br>One Evertrust Plaza, Suite 1401<br>Jersey City, NJ 07302-3087 | Zeichner Ellman & Krause, LLP/ TD Bank<br>Attn: Barry J. Glickman, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036-6149 |
| A. Burton Shuford ~~[crossed out]~~<br>4700 Lebanon Road<br>Suite A-2<br>Mint Hill, NC 28227-8265 | Marcus D Crow ~~[crossed out]~~<br>The Crow Law Firm<br>315-B North Main Street<br>Monroe, NC 28112-4127 | Timothy Dale Collins ~~[crossed out]~~<br>2633 Shenandoah Avenue<br>Charlotte, NC 28205-6122 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
PO Box 30943
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Quicken Loans Inc. | (u)Wells Fargo Bank, N.A., | (u)Brian T. Bain<br>Keller Williams Realty |

End of Label Matrix
Mailable recipients    68
Bypassed recipients     3
Total                  71